**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. _____

TITAN FEEDING, LLC,

       Plaintiff,

v.

COREY CATTLE COMPANY, LLC;
MICHAEL COREY a/k/a MIKE COREY;
AND DOES 1-10

       Defendants.

---

**NOTICE OF REMOVAL**

---

    Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendants Corey Cattle Company, LLC ("CCC") and Michael Corey a/k/a Mike Corey ("Mike Corey," and collectively with CCC, "Defendants") hereby give Notice of Removal of Plaintiff's Complaint and Jury Demand ("Complaint") from the District Court, Larimer County, Colorado to the United States District Court for the District of Colorado. As grounds for this removal, Defendants state as follows:

    1.    On or around August 7, 2019, Plaintiff Titan Feeding, LLC ("Plaintiff") filed its Complaint against Defendants in the District Court, Larimer County, Colorado, Case No. 2019CV030708 ("State Court Action"). A copy of the Complaint is attached as **Exhibit A**.

    2.    On August 8, 2019, Plaintiff served Defendants with a copy of the Complaint by personal service in Utah.

4607128.1

3. A United States District Court "shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between . . . citizens of different States." 28 U.S.C. § 1332(a).

4. Complete diversity of citizenship requires that "the citizenship of each plaintiff [be] diverse from the citizenship of each defendant." *Caterpillar, Inc. v. Lewis*, 519 U.S. 61, 68 (1996).

5. For the purposes of 28 U.S.C. § 1332, a limited liability company is deemed to be a citizen of every state in which one of its members is a citizen. *Hale v. MasterSoft Int'l Pty. Ltd.*, 93 F. Supp. 2d 1108, 112 (D. Colo. 2000); *see also See U.S. Advisor, LLC v. Bershire Prop. Advisors, LLC*, No. 09-cv-00697-PAB-CBS, 2009 WL 2055206, at *2 (D. Colo. July 10, 2009) ("[T]he broad consensus throughout the circuits is that an LLC . . . is deemed to be a citizen of all of the states of which its members are citizens.").

6. Defendant CCC is a Utah limited liability company. A copy of the Utah Secretary of State business profile for CCC is attached as **Exhibit B**. CCC's only members and managers are Mike Corey and Jon Corey, who are both citizens of Utah. A copy of the Utah Secretary of State registered principals listing for CCC is attached as **Exhibit C**.

7. For purposes of § 1332, a natural person is a citizen of the state in which he/she is domiciled. *See Hale*, 93 F. Supp. 2d at 1112.

8. Defendant Mike Corey is domiciled in, and a citizen of, Utah. (Ex. A, ¶ 10.)

9. Plaintiff is a limited liability company registered in Colorado. Upon information and belief, none of the members of Plaintiff reside in Utah.

10. Based on the foregoing, complete diversity exists between Plaintiff and

Defendants. 28 U.S.C. § 1332(a)(1).

11.     The amount in controversy is ordinarily determined by the allegations of the complaint. Here, Plaintiff claims that Defendants "stole [Plaintiff's] cattle and breached contractual obligations to [Plaintiff]." (Ex. A, ¶ 5.) Plaintiff asserts that it is entitled to at least $1.9 million. (Ex. A, ¶ 24.)[1] As such, the amount in controversy exceeds $75,000.[2]

12.     Venue is proper in the United States District Court for the District of Colorado because it embraces the location where the State Court Action is pending. *See* 28 U.S.C. § 1446(c).

13.     Because the parties are completely diverse, the amount in controversy exceeds $75,000, and venue is proper in this Court, this Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332.

14.     Accordingly, the above-entitled action may be removed to this Court pursuant to 28 U.S.C. §§ 1441(b) and 1446.

15.     Defendants have timely filed this Notice within thirty days of the date on which Plaintiff first served them with a copy of the initial Complaint. 28 U.S.C. § 1446(b).

16.     According to 28 U.S.C. § 1446(a) and Local Rule 81.1(b), a State Court docket sheet and all pleadings served upon Defendants are attached as **Exhibit E**. Further, pursuant to Local Rule 81.1(c), Defendants state that there are no hearings pending in the State Court

---

[1] Additionally, Plaintiff's civil cover sheet in the State Court Action (attached as **Exhibit D**) indicates that Plaintiff seeks "a monetary judgment over $100,000."

[2] To allege that the amount in controversy exceeds the statutory threshold, the removing party "need not confess liability." *Hartis v. Chicago Title Ins. Co.*, 694 F.3d 935, 945 (8th Cir. 2012) (quotation omitted). Accordingly, Defendants expressly deny the allegations of wrongdoing in the Complaint and state that the claims asserted in the Complaint lack merit.

Action.

17.   In accordance with 28 U.S.C. § 1446(d), a true and correct copy of this Notice of Removal will be filed contemporaneously with the Clerk of the District Court, Larimer County, Colorado.  A copy of the "Notice of Filing Notice of Removal" is attached as **Exhibit F**.  Additionally, a copy of this Notice of Removal will be served on Plaintiff, as indicated on the attached Certificate of Service.

18.   Defendants specifically reserve all of their rights under the applicable law.  Pursuant to Rule 81(c) of the Federal Rules of Civil Procedure, Defendants will present their defenses by pleading at the time prescribed therein, and specifically reserve their rights to assert any and all defenses in this case, including, but not limited to, any defenses available under Rule 12(b) of the Federal Rules of Civil Procedure.  Nothing in this Notice of Removal is intended as a waiver or relinquishment of such rights.

19.   The Complaint is hereby removed by Defendants from the District Court, Larimer County, Colorado to the United States District Court for the District of Colorado.

Dated: September 6, 2019

Respectfully submitted,

*/s/ Kirk Mueller*
Kirk Mueller
Aditi Kulkarni-Knight
DAVIS GRAHAM & STUBBS LLP
1550 17th Street, Suite 500
Denver, CO 80202
Telephone:  303-892-9400
Facsimile:  303-893-1379
Email:   kirk.mueller@dgslaw.com
          aditi.kulkarni@dgslaw.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of September, 2019, a true and correct copy of the foregoing was served upon the following in the manner indicated below:

| | |
|---|---|
| John O'Brien | (  ) First Class Mail |
| Scott C. Sandberg | (  ) Hand Delivery |
| Spencer Fane LLP | (  ) Facsimile |
| 1700 Lincoln Street, Suite 2000 | (  ) Overnight Delivery |
| Denver, CO 80203 | (  ) CM/ECF E-Filing System |
| jobrien@spencerfane.com | ( x ) E-Mail |
| ssandberg@spencerfane.com | |

*Attorneys for Plaintiff*

/s/ *Gretchen Pickett*
Gretchen Pickett